UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.  CASE NO. 1:10-CR-298

BLAINE R. HANDERHAN,
    Defendant

*O R D E R*

AND NOW, this 22nd day of September, 2017, in accord with the accompanying memorandum, it is ORDERED that:

1. Defendant Blaine R. Handerhan's motion (Doc. 167) for relief, which this court construes as a motion to vacate sentence pursuant to 28 U.S.C. § 2255, is DISMISSED.

2. A certificate of appealability is DENIED, as this court finds that Petitioner has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2).

/s/ William W. Caldwell
William W. Caldwell
United States District Judge