**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00298 |
| | (Judge Brann) |
| v. | |
| BLAINE R. HANDERHAN, | |
| Defendant. | |

## ORDER

**AND NOW**, this 1st day of April 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1.   Defendant's Motion for Reduction in Sentence filed January 7, 2019, ECF No. 170, is **DENIED**.

2.   Defendant's Motion for Summary Judgment filed March 11, 2019, ECF No. 174, is **DENIED**.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
United States District Judge